IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BAIYWO ROP,

      Appellant,

  v.

Case No. 5D21-1490
LT Case No. 2017-CA-009484-O

ADVENTIST HEALTH SYSTEM D/B/A
FLORIDA HOSPITAL,

      Appellee.

_____/

Decision filed August 23, 2022

Appeal from the Circuit Court
for Orange County,
Kevin B. Weiss, Judge.

Jerry Girley, of The Girley Law
Firm, P.A., Orlando, for Appellant.

Kimberly J. Doud and Jeffrey B. Jones,
of Littler Mendelson, P.C., Orlando, for
Appellee.

PER CURIAM.

    AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.